ACCEPTED
12-14-00014-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/22/2015 9:16:31 AM
CATHY LUSK
CLERK



THIEBAUD
REMINGTON
THORNTON
BAILEY LLP

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/22/2015 9:16:31 AM

CATHY S. LUSK
Clerk

Russell G. Thornton
214.954.2217

RThornton@trtblaw.com

January 22, 2015

Ms. Jennifer Lowrance, CSR                                    **VIA E-FILE**
7th District Court
Smith County Courthouse
100 N. Broadway, Room 203
Tyler, Texas  75702

> Re:  **Cause No. 13-0984-A**
>      **Jody Delaune, et al vs. East Texas Medical Center EMS, et al**
>      **Our File No. 2070/13249**

Dear Ms. Lowrance:

My law firm represents East Texas Medical Center d/b/a East Texas Medical Center Emergency Medical Services in the above-referenced matter.  We are appealing the Court's Final Judgment to the Twelfth Court of Appeals in Tyler.  A Notice of Appeal has been filed with the trial court and the court of appeals.

This letter is to ask you to please prepare, file, and certify an original and one copy of the Reporter's Record containing **all trial proceedings from November 18, 2014 through November 24, 2014,** in this matter.  I would ask that this Reporter's Record comply with the TEXAS RULES OF APPELLATE PROCEDURE.

Please let us know the costs of preparing the transcript.

Thank you for your assistance in this matter.  Please contact me at 214-954-2217 with any questions you may have.

Very truly yours,

/s/Russell G. Thornton
Russell G. Thornton

RGT:blm

Cc:   Mr. Ryan Krebs, M.D., J.D. (via E-Serve/E-Mail & CMRRR)

1445 ROSS AVENUE, SUITE 4800
DALLAS, TEXAS 75202-2701
214.954.2200 · 214.754.0999 FAX
www.trtblaw.com

Document #222303